Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY WOODS-LADAY, <br><br> Plaintiff, <br><br> vs. <br><br> MONTEREY FINANCIAL SERVICES INC., <br><br> Defendant. | Case No. 3:10-CV-00831-SC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal Without Prejudice, a copy of which is herewith served upon Defendant.

RESPECTFULLY SUBMITTED this 4th day of May, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

Notice of Dismissal - 1

1  Filed electronically on this 4th day of May, 2010, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5
6  By: s/Todd M. Friedman
      Todd M. Friedman

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Dismissal - 2